IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GLENN JUDE DYSART, # 13178**                                              **PLAINTIFF**

**VERSUS**                                                         **CAUSE NO. 1:14CV2-LG-JMR**

**MICHELLE MORRIS and HUBERT DAVIS**                                            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby **DISMISSED**. The 42 U.S.C. § 1983 claims are dismissed with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B). This dismissal counts as a strike pursuant to § 1915(g). The state law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE